AO 245A  (Rev. 12/03) Judgment of Acquittal

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 3 0 2024

TAMMY H. DOWNS, CLERK
By: _____ ᴊᴍw
DEP CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

ZACHARY BLAKE ARNOLD

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:23-cr-00180 KGB

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Kristine M. Baker_
Signature of Judge

**Kristine G. Baker - District Judge**
Name of Judge            Title of Judge

_July 30, 2024_
Date